| | | |
|---|---|---|
| | AUSA: Timothy E. Garcia | Telephone: (313) 226-9522 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Julian Morales | Telephone: (313) 810-1963 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Rey David ANGELES-ANGELES | Case No. Case: 2:26−mj−30111<br>Assigned To : Unassigned<br>Assign. Date : 2/27/2026<br>Description: CMP USA V.<br>ANGELES−ANGELES (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 14, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Julian Morales, Deportation Officer
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 27, 2026__

_____
Judge's signature

City and state: __Detroit, MI__

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Julian Morales, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since September 7, 2025. I am assigned to the Detroit Field Office. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Rey David ANGELES-ANGELES, which reveal the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact I know about this case. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Rey David ANGELES-ANGELES.

3. ANGELES-ANGELES is a 32-year-old native and citizen of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

4. On or about January 13, 2008, ANGELES-ANGELES was encountered by United States Border Patrol (USBP) Agents in the Tucson, Arizona sector of responsibility and given a Voluntary Return to Mexico the same day.

5. On or about May 14, 2011, Dearborn Police arrested ANGELES-ANGELES for dangerous drugs, obstructing police, and possession of stolen property.

6. On May 19, 2011, ANGELES-ANGELES was placed into removal proceedings. He was removed pursuant to a removal order on May 31, 2011.

7. On or about April 9, 2014, USBP Agents found ANGELES-ANGELES in the Weslaco Border Patrol area of responsibility and reinstated his previous order of removal.

8.  On or about June 3, 2017, Detroit Police arrested ANGELES-ANGELES for domestic violence.

9.  On or about June 5, 2017, ICE reinstated his prior order of removal. He was removed on June 30, 2017.

10. On or about February 14, 2026, Task Force officers arrested ANGELES-ANGELES during an approved target enforcement action via vehicle stop. Officers confirmed the identity of ANGELES-ANGELES and transported him to the Detroit Field Office for processing. ANGELES-ANGELES was processed with a Reinstatement of a Prior Deportation Order.

11. At the Detroit Field Office, ANGELES-ANGELES' fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that ANGELES-ANGELES is a citizen of Mexico with the above immigration history who has been previously removed from the United States. The records checks did not provide any evidence that ANGELES-ANGELES legally entered the United States or had been issued any document or status that would allow him to enter or remain in the United States.

12. The aforementioned arrest was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

13. Review of the Alien File (A# xxx xxx 006) for ANGELES-ANGELES and queries in Department of Homeland Security databases confirm no record exists of ANGELES-ANGELES, obtaining the express permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

14. Based on the above information, I believe there is probable cause to conclude that Rey David ANGELES-ANGELES is an alien who was found in the United States after removal without the express permission from the Attorney General of the United States or from the Secretary of the

Department of Homeland Security to reapply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Julian Morales, Deportation Officer

Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

February 27, 2026